UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re                                            )
                                                 )
JODELL M. ALTIER,                                )    Case No.  6:15-bk-01838-KSJ
                                                 )    Chapter 7
    Debtor.                                      )
                                                 )

# ORDER VACATING ORDER DISMISSING CASE

This case came on for consideration on the Court's own motion. On March 19, 2015, the Court entered an Order Dismissing Case (Doc. No. 8) (the "Order") in error. Accordingly, it is

**ORDERED**:

1. The Order (Doc. No. 8) is vacated.

2. The case is reinstated.

DONE AND ORDERED in Orlando, Florida, on March 26, 2015.

*[signature]*

KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

The Clerk's Office is directed to serve this order on all interested parties.