UNITED STATES BANKRUPTCY COURT

MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

www.flmb.uscourts.gov

**FILED**

MAR 27 2015

CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Case No. 6:15-bk-01838-KSJ

Chapter 7

In re:

Jodell M. Altier


Debtor*_____/


## DEBTOR, JODELL M. ALTIER'S MOTION REQUESTING CONSIDERATION OF ORDER DISMISSING CASE

Now comes DEBTOR, JODELL M ALTIER, to request the court grant a motion for **consideration of order dismissing case.**

1. Debtor filed Chapter 7 on March 4th, 2015 with the United States Bankruptcy Court- clerk of court Orlando Division
2. Debtor hand delivered and submitted to clerk of court The Master Mailing Matrix as required by Local Rule 1007-2(a)(1) on morning of March 18th, 2015
3. Debtor hand delivered and submitted to clerk of court all Schedules A-J, on morning of March 18th, 2015
4. Debtor hand delivered and submitted to clerk of court Statement of Current Monthly Income on morning of March 18th, 2015
5. Debtor hand delivered and submitted to clerk of court Statement of Financial Affairs on morning of March 18th, 2015
6. Clerk of courts did not file submitted documents until the following day, March 19th, 2015 which caused the court to mail me an order dismissing case stating I did not file all required documents by March 18th, 2015.
7. All required documents were to the court on March 18, 2015 and therefore Debtor, Jodell M. Altier respectfully requests the court to reinstate case.

*Jodell M. Altier*  3/27/15

Jodell M. Altier, ProSe

Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been furnished by Jodell M. Altier to the Clerk of Court of United States Bankruptcy Court, Middle District of Florida Orlando Division via hand delivery on March 27th, 2015.

*Jodell M. Altier*   3/27/15

Jodell M. Altier, Pro Se

2507 Roat Drive

Orlando FL. 32835   407-947-4801

altiermech@yahoo.com