UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: Jodell Altier  §  Case No.:6:15-bk-01838-KSJ
               §  Chapter No.: 7
               §
Debtor(s)      §

_____/

**FILED**
JUL 10 2015
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to § 1307(b) the Debtor, JODELL ALTIER, Pro Se, Individually, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against the Debtor.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or email to the following parties: Gene T. Chambers, Trustee, P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee, United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801 and Justin M. Luna Lathem, Shuker, Eden & Beaudine LLP, P.O. Box 3353 Orlando, Florida 32802-3353, Attorneys for Goshen Mortage, LLC this 10th day of July, 2015.

*/s/ Jodell M. Altier*
Jodell Altier, Pro Se
2507 Roat Drive
Orlando, FL 32835