ORDERED.

Dated: July 20, 2015

*Karen S. Jennemann*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

Jodell M Altier

    Debtor[s].

_____/

Case No. 6:15-bk-01838-KSJ

Chapter 7

### ORDER GRANTING GOSHEN MORTGAGE, LLC MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC 27)

THIS CASE came on for consideration by hearing on July 16, 2015 for the Motion for Relief from Stay filed by Goshen Mortgage, LLC (Document No. 27) (the "Motion").

Accordingly, it is **ORDERED**:

1. The Motion (Document No. 27) is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 of the Bankruptcy Code is terminated as to Movant's interest in the following property:

**2507 ROAT DRIVE, ORLANDO, FL 32835**

**LOT 26A, PALMA VISTA REPLAT, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 29, PAGE 45, PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

3. The automatic stay is modified for the sole purpose of allowing Movant to complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, but the Movant shall not obtain *in personam* relief against the Debtor.

4. If applicable, the Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a)(3) is granted.

5. This Order will survive any subsequent conversion of the case to another chapter under the Bankruptcy Code.

Attorney Alexandra Kalman, Esq., is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.