ORDERED.

Dated: July 27, 2015

Karen S. Jennemann
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| In re | ) |
| | ) |
| JODELL M. ALTIER, | ) Case No. 6:15-bk-01838-KSJ |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |

**ORDER DENYING**
**MOTION TO DISMISS CASE**

This case came on for hearing on July 16, 2015, on the Debtor's Motion to Dismiss Case (Doc. No. 33) (the "Motion"). After reviewing the pleadings and considering the position of interested parties, it is

**ORDERED**:

1. The Motion (Doc. No. 33) is denied.

### 

Copies furnished:

The Clerk is directed to serve a copy of this order on all interested parties.