# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**In re:**

JODELL M. ALTIER,　　　　　　　　　　　　　　Case No. 6:15-bk-01838-KSJ
　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　Debtor.
_____/

## REPORT AND NOTICE OF TRUSTEE'S
## INTENTION TO SELL PROPERTY OF THE ESTATE

TO:　　CREDITORS AND ALL INTERESTED PARTIES

FROM:　GENE T. CHAMBERS, TRUSTEE

　　　GENE T. CHAMBERS, the Trustee appointed and acting for the above-captioned estate, reports that she intends to sell on or after the 21st day from the date of mailing this Report and Notice the property of the estate described below, under the following terms and conditions:

1. Description of the property:

    1/2 Interest in 2003 Mercedes (VIN: WDBSK75F63F042889) [$1,250.00];
    1/2 Interest in 2008 Ford Escape (VIN: 1FMCU49H68KA05765) [$1,250.00];
    and 1/2 Interest in 2001 Regal Boat (HIN: RGMJM603F001) [$1,500.00]

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

　**Pursuant to Local Rule 2002-4, the Court will consider this matter without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at George C. Young Federal Courthouse, 400 W. Washington Street, Suite 5100, Orlando, FL 32801, and serve a copy on the trustee, Gene T. Chambers, P.O. Box 533987, Orlando, FL 32853.**
　**If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested and the sale will be made on the terms set forth without further notice or hearing.**

2. Manner of sale:   Private
3. Terms of Sale:

    a.    Sell to:    Jodell M. Altier
                               2507 Roat Drive
                               Orlando, Florida 32835

    b.    Sales price:    $4,000.00 (Lump sum)

    c.    Value: It is the Trustee's opinion that the scheduled values are accurate. The sales price reflects the Debtor's allowed exemptions.

    d.    The Trustee intends to sell the property as is, where is, without any warranties of any kind whatsoever, and only the right, title and interest of the estate is being sold. The sale is subject to all liens and encumbrances. The Trustee is not aware of any liens against the property, but the Trustee makes no representation to that effect and encourages buyer to make separate inquiry.

4. The Trustee will entertain any higher bids for the purchase of the assets of the Debtor which the Trustee proposes to sell. Such bids must be in writing and accompanied by a deposit of fifty (50%) of the proposed higher purchase price. Any higher bid must be received by the Trustee at the address listed below no later than the close of business on the 15th day from the date this Notice is mailed. If more than one bid is received, a telephone auction will occur among the bidders on the earliest date the Trustee can arrange such auction.

    DATED: July 28, 2015.

                                                                                                  /s/ Gene T. Chambers
                                                                                  Gene T. Chambers, Trustee
                                                                                  Florida Bar No. 0187642
                                                                                  Gene T. Chambers, P.A.
                                                                                  Post Office Box 533987
                                                                                   Orlando, Florida 32853
                                                                                  Telephone (407) 872-7575
                                                                                   Facsimile (407) 246-0008

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent electronically or by U.S. Mail, First Class, Postage Pre-paid, this 28th day of July, 2015, to: All creditors and interested parties on the attached mailing matrix.

                                                                              /s/ Gene T. Chambers
                                                                               Gene T. Chambers, Trustee