**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 15-01838 | Trustee Name: | Gene T. Chambers |
|---|---|---|---|
| Case Name: | ALTIER, JODELL M | Date Filed (f) or Converted (c): | 03/04/2015 (f) |
| For the Period Ending: | 06/30/2015 | §341(a) Meeting Date: | 05/08/2015 |
| | | Claims Bar Date: | 07/09/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | BANK ACCOUNT - BB&T BANK | $200.00 | $0.00 | | $0.00 | FA |
| 2 | HOUSEHOLD GOODS | $5,000.00 | $0.00 | | $0.00 | FA |
| 3 | CLOTHES | $500.00 | $0.00 | | $0.00 | FA |
| 4 | JEWELRY | $0.00 | $0.00 | | $0.00 | FA |
| 5 | BIKE | $50.00 | $0.00 | | $0.00 | FA |
| 6 | IRA - OPPENHEIMER FUNDS | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | INTEREST IN LIFE PARTNERS INC | $10,000.00 | $0.00 | | $0.00 | FA |
| 8 | 1/2 INTEREST IN 2008 FORD ESCAPE | $5,000.00 | $1,250.00 | | $0.00 | $1,250.00 |
| Asset Notes: | DEBTOR BUYBACK | | | | | |
| 9 | 2003 MERCEDES | $0.00 | $0.00 | | $0.00 | $0.00 |
| 10 | 1/2 INTEREST IN 2001 REGAL 28'-9" BOAT | $5,000.00 | $2,500.00 | | $0.00 | $2,500.00 |
| Asset Notes: | DEBTOR BUYBACK | | | | | |
| 11 | PETS | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$27,750.00    $3,750.00    $0.00    $3,750.00

Initial Projected Date Of Final Report (TFR): 12/31/2015    Current Projected Date Of Final Report (TFR): 12/31/2015

/s/ GENE T. CHAMBERS
GENE T. CHAMBERS