```
                                                        FILED

                                                     AUG 1 0 2015
        UNITED STATES BANKRUPTCY COURT
          MIDDLE DISTRICT OF FLORIDA               CLERK U.S. BANKRUPTCY,
                                                      ORLANDO DIVISION
```

Re: Jodell Altier                §    Case No.:6:15-bk-01838-KSJ
                                 §    Chapter No.: 7
                                 §
Debtor(s)                        §

_____/

# DEBTOR'S MOTION TO QUASH THE RULE 2004 NOTICE AND RELATED SUBPOENA DUCES TECUM

Goshen Mortgage LLC seeks to have the Debtor personally appear at their legal representative's office to answer unknown questions. In conjunction therewith Goshen Mortgage LLC also required that the Debtor turn over all documents related to Grand Legacy Trust and also 4 years Debtor's personal tax returns.

The court should quash Goshen Mortgage's Rule 2004 notice and related *subpoena duces tecum* for the fact that the Debtor has already complied with the submission of all documents requested by Goshen Mortgage LLC to their legal representative. Also it is unduly burdensome and harassing to demand a personal interrogation, as the Debtor has no additional information to offer other than the documents already in possession of Goshen Mortgage LLC.

The Debtor respectfully requests that the Court enter an order granting this motion foregoing the in person interrogation.

*Jodell M. Altier*

Jodell M. Altier, Pro Se

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail and/or email to the following parties: Gene T. Chambers, Trustee, P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee, United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801 and Justin M. Luna Lathem, Shuker, Eden & Beaudine LLP, P.O. Box 3353 Orlando, Florida 32802-3353, Attorneys for Goshen Mortgage, LLC this 10th day of August, 2015.

_____
Jodell Altier, Pro Se
2507 Roat Drive
Orlando, FL 32835