**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**In re:**

JODELL M. ALTIER,                                           Case No. 6:15-bk-01838-KSJ
                                                                        Chapter 7
        Debtor.
_____/

**NOTICE OF COMPLETION OF SALE**

NOTICE IS GIVEN THAT on the 22nd day of August, 2015, the sale of the estate's 1/2 Interest in 2003 Mercedes (VIN: WDBSK75F63F042889) [$1,250.00]; 1/2 Interest in 2008 Ford Escape (VIN: 1FMCU49H68KA05765) [$1,250.00];  and 1/2 Interest in 2001 Regal Boat (HIN: RGMJM603F001) [$1,500.00] to Jodell Altier for $4,000.00 was completed pursuant to the Report and Notice of Trustee's Intention to Sell Property of the Estate (Document No. 47) filed July 28, 2015.

                                                                                        */s/    Gene T. Chambers*
                                                                                   Gene T. Chambers, Trustee
                                                                                   Florida Bar No. 0187642
                                                                                   Gene T. Chambers, P.A.
                                                                                   Post Office Box 533987
                                                                                   Orlando, Florida 32853
                                                                                   Telephone (407) 872-7575
                                                                                   Facsimile (407) 246-0008