FILED
JAN 22 2016
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

Fill in this information to identify your case:

Debtor 1   Jodell   Marie   Altier
           First Name   Middle Name   Last Name

Debtor 2   _____
(Spouse, if filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number   6:15-BK-01838-KSJ
              (If known)

☑ Check if this is an amended filing

Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

Your assets
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)
   1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................ $ _____

   1b. Copy line 62, Total personal property, from *Schedule A/B* .................................................. $   25,250.00

   1c. Copy line 63, Total of all property on *Schedule A/B* ............................................................ $   25,250.00

### Part 2:   Summarize Your Liabilities

Your liabilities
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ $ _____

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* .......... $   10,000.00

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ...... + $   673,950.00

   Your total liabilities   $   683,950.00

### Part 3:   Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of *Schedule I* ................................................. $   4,000.00

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of *Schedule J* ........................................................ $   4,899.00

Debtor 1   Jodell   Marie   Altier                              Case number (if known) 6:15-BK-01838-KSJ
          First Name  Middle Name  Last Name

## Part 4: Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☒ Yes

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.          $ -899.00

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

                                                                                          **Total claim**

   **From Part 4 on *Schedule E/F*, copy the following:**

   9a. Domestic support obligations (Copy line 6a.)                                        $         0.00

   9b. Taxes and certain other debts you owe the government. (Copy line 6b.)              $    10,000.00

   9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)    $         0.00

   9d. Student loans. (Copy line 6f.)                                                      $         0.00

   9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.)   $         0.00

   9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) + $         0.00

   9g. **Total.** Add lines 9a through 9f.                                                 $    10,000.00

Fill in this information to identify your case and this filing:

Debtor 1  JODELL   MARIE   ALTIER
          First Name  Middle Name  Last Name

Debtor 2 _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number  6:15-BK-01838-KSJ

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

1.1.  **2507 ROAT DR.**
      Street address, if available, or other description

      ORLANDO    FL    32835
      City       State  ZIP Code

      ORANGE
      County

      What is the property? Check all that apply.
      ☑ Single-family home
      ☐ Duplex or multi-unit building
      ☐ Condominium or cooperative
      ☐ Manufactured or mobile home
      ☐ Land
      ☐ Investment property
      ☐ Timeshare
      ☐ Other _____

      Who has an interest in the property? Check one.
      ☐ Debtor 1 only
      ☐ Debtor 2 only
      ☐ Debtor 1 and Debtor 2 only
      ☑ At least one of the debtors and another

      Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

      Current value of the entire property? $ 500,000.00
      Current value of the portion you own? $ unknown

      Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
      member of Grande Legacy Grp

      ☐ Check if this is community property (see instructions)

      Other information you wish to add about this item, such as local property identification number: _____

If you own or have more than one, list here:

1.2.  **216 NE 10TH AVE**
      Street address, if available, or other description

      GAINESVILLE   FL    32601
      City          State  ZIP Code

      ALACHUA
      County

      What is the property? Check all that apply.
      ☑ Single-family home
      ☐ Duplex or multi-unit building
      ☐ Condominium or cooperative
      ☐ Manufactured or mobile home
      ☐ Land
      ☐ Investment property
      ☐ Timeshare
      ☐ Other _____

      Who has an interest in the property? Check one.
      ☐ Debtor 1 only
      ☐ Debtor 2 only
      ☐ Debtor 1 and Debtor 2 only
      ☑ At least one of the debtors and another

      Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

      Current value of the entire property? $ 200,000.00
      Current value of the portion you own? $ unknown

      Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
      member of Grande Legacy Grp

      ☐ Check if this is community property (see instructions)

      Other information you wish to add about this item, such as local property identification number: _____

Official Form 106A/B              Schedule A/B: Property              page 1

Debtor 1  JODELL   MARIE   ALTIER  Case number (if known) 6:15-BK-01838-KSJ
         First Name  Middle Name  Last Name

1.3. **2122 KETTLE DRIVE**
Street address, if available, or other description

ORLANDO  FL  32835
City  State  ZIP Code

ORANGE
County

**What is the property?** Check all that apply.
- [ ] Single-family home
- [ ] Duplex or multi-unit building
- [ ] Condominium or cooperative
- [ ] Manufactured or mobile home
- [x] Land
- [ ] Investment property
- [ ] Timeshare
- [ ] Other _____

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?  $ 75,000.00
Current value of the portion you own?  $ unknown

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
member of Grande Legacy Grp

- [ ] Check if this is community property (see instructions)

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ......................→  $ unknown

## Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles
- [ ] No
- [x] Yes

3.1.  Make: FORD
      Model: ESCAPE
      Year: 2008
      Approximate mileage: 110000
      Other information:

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this is community property (see instructions)

Current value of the entire property?  $ 2,000.00
Current value of the portion you own?  $ 1,000.00

If you own or have more than one, describe here:

3.2.  Make: MERCEDES
      Model: SL500
      Year: 2003
      Approximate mileage: 30000
      Other information:

**Who has an interest in the property?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [x] At least one of the debtors and another

- [ ] Check if this is community property (see instructions)

Current value of the entire property?  $ 3,000.00
Current value of the portion you own?  $ 1,500.00

Official Form 106A/B  Schedule A/B: Property  page 2

**Debtor: JODELL    M.    ALTIER**     Case number:15-BK-01838-KSJ
First Name Middle Name Last Name

Official Form 106A/B **Schedule A/B: Property**     additional page

1.4.    280 LANTERNBACK ISLAND  DR.
Street address, if available, or other description

SATELLITE BEACH, FL.   32937
City State ZIP Code
BREVARD
County
**What is the property?** Check all that apply.

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

X Land

☐ Investment property

☐ Timeshare

☐ Other _____
Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*
**Current value of the entire property?** $300,000.00
**Current value of the portion you own?** $to be determined
**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.** A member  of Grand Legacy Grp
**Who has an interest in the property?** Check one.

☐☐Debtor 1 only

☐☐Debtor 2 only

☐☐Debtor 1 and Debtor 2 only

X    At least one of the debtors and another

☐ **Check if this is community property**
(see instructions)
**Other information you wish to add about this item such as property identification number:** _____

Debtor 1   JODELL  MARIE  ALTIER            Case number (if known) 6:15-BK-01838-KSJ
          First Name  Middle Name  Last Name

3.3. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:

    Who has an interest in the property? Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ Check if this is community property (see instructions)

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    Current value of the entire property?   Current value of the portion you own?
    $_____                                $_____

3.4. Make: _____
    Model: _____
    Year: _____
    Approximate mileage: _____
    Other information:

    Who has an interest in the property? Check one.
    ☐ Debtor 1 only
    ☐ Debtor 2 only
    ☐ Debtor 1 and Debtor 2 only
    ☐ At least one of the debtors and another

    ☐ Check if this is community property (see instructions)

    Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

    Current value of the entire property?   Current value of the portion you own?
    $_____                                $_____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   ☐ No
   ☑ Yes

   4.1. Make: REGAL
       Model: 28'-9
       Year: 2001
       Other information:

       Who has an interest in the property? Check one.
       ☐ Debtor 1 only
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☑ At least one of the debtors and another

       ☐ Check if this is community property (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       Current value of the entire property?   Current value of the portion you own?
       $  3,000.00                              $  1,500.00

   If you own or have more than one, list here:

   4.2. Make: _____
       Model: _____
       Year: _____
       Other information:

       Who has an interest in the property? Check one.
       ☐ Debtor 1 only
       ☐ Debtor 2 only
       ☐ Debtor 1 and Debtor 2 only
       ☐ At least one of the debtors and another

       ☐ Check if this is community property (see instructions)

       Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

       Current value of the entire property?   Current value of the portion you own?
       $_____                                $_____

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ................→  $  4,000.00

Debtor 1  JODELL MARIE ALTIER    Case number (if known) 6:15-BK-01838-KSJ
         First Name  Middle Name  Last Name

## Part 3: Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe......... FURNITURE, LINENS, HOUSEHOLD ITEMS    $ 4,550.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe......... COMPUTER, PRINTER    $ 400.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☑ No
   ☐ Yes. Describe.........    $

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☑ Yes. Describe......... BIKE    $ 50.00

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☑ No
    ☐ Yes. Describe.........    $

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☑ Yes. Describe......... EVERYDAY CLOTHES, SHOES, ACCESSORIES    $ 0.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☑ Yes. Describe......... WEDDING BAND AND COSTUME JEWELRY    $ 50.00

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ☑ Yes. Describe......... 2 DOGS - WESTIE AND PUG    $ 0.00

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☑ No
    ☐ Yes. Give specific information. .............    $

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................... ➔   $ 5,050.00

Debtor 1   JODELL          MARIE           ALTIER                    Case number (if known) 6:15-BK-01838-KSJ
           First Name      Middle Name     Last Name

## Part 4: Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.................................................................................................................... Cash: ............... $_____

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.....................    Institution name:

    17.1. Checking account:   BB&T BANK  801 E ST ROAD 434 LONGWOOD    $          200.00
    17.2. Checking account:   _____   $_____
    17.3. Savings account:    _____   $_____
    17.4. Savings account:    _____   $_____
    17.5. Certificates of deposit: _____  $_____
    17.6. Other financial account: _____  $_____
    17.7. Other financial account: _____  $_____
    17.8. Other financial account: _____  $_____
    17.9. Other financial account: _____  $_____

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................    Institution or issuer name:

    _____   $_____
    _____   $_____
    _____   $_____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☐ No                    Name of entity:                              % of ownership:
    ☑ Yes. Give specific    GRANDE LEGACY GROUP 8104 HOOK CIR ORLANDO    20%  %    $_____
    information about       a Texas Joint-Stock Co.                      0%  %    $_____
    them.......              _____      0%  %    $_____

Debtor 1   **JODELL**   **MARIE**   **ALTIER**   Case number (if known) 6:15-BK-01838-KSJ
          First Name   Middle Name   Last Name

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific    Issuer name:
    information about
    them...................   _____   $_____
                              _____   $_____
                              _____   $_____

21. **Retirement or pension accounts**

    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

    ☐ No
    ☑ Yes. List each
    account separately.   Type of account:   Institution name:

                          401(k) or similar plan:   OPPENHEIMER FUNDS PO BOX 5270 DENVER, CO   $     2,000.00

                          Pension plan:   _____   $_____

                          IRA:   _____   $_____

                          Retirement account:   _____   $_____

                          Keogh:   _____   $_____

                          Additional account:   _____   $_____

                          Additional account:   _____   $_____

22. **Security deposits and prepayments**

    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

    ☑ No
    ☐ Yes........................   Institution name or individual:

                          Electric:   _____   $_____
                          Gas:   _____   $_____
                          Heating oil:   _____   $_____
                          Security deposit on rental unit:   _____   $_____
                          Prepaid rent:   _____   $_____
                          Telephone:   _____   $_____
                          Water:   _____   $_____
                          Rented furniture:   _____   $_____
                          Other:   _____   $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

    ☑ No
    ☐ Yes........................   Issuer name and description:

                          _____   $_____
                          _____   $_____
                          _____   $_____

Debtor 1  JODELL  MARIE  ALTIER   Case number (if known) 6:15-BK-01838-KSJ
       First Name  Middle Name  Last Name

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☑ No
    ☐ Yes .................... Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ☑ Yes. Give specific information about them....   50% OWNERSHIP IN ALTIER FAMILY IRR TRUST   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements
    ☑ No
    ☐ Yes. Give specific information about them....   $_____

27. **Licenses, franchises, and other general intangibles**
    *Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☑ No
    ☐ Yes. Give specific information about them....   $_____

**Money or property owed to you?**                                                    **Current value of the portion you own?** Do not deduct secured claims or exemptions.

28. **Tax refunds owed to you**
    ☑ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......
                                                      Federal:  $_____
                                                      State:    $_____
                                                      Local:    $_____

29. **Family support**
    *Examples*: Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ☑ No
    ☐ Yes. Give specific information...........
                                                      Alimony:              $_____
                                                      Maintenance:          $_____
                                                      Support:              $_____
                                                      Divorce settlement:   $_____
                                                      Property settlement:  $_____

30. **Other amounts someone owes you**
    *Examples*: Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☑ No
    ☐ Yes. Give specific information...........   $_____

Official Form 106A/B                          Schedule A/B: Property                              page 7

Debtor 1   JODELL   MARIE   ALTIER
           First Name  Middle Name  Last Name

Case number *(if known)* 6:15-BK-01838-KSJ

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☒ No
    ☐ Yes. Name the insurance company of each policy and list its value. ...

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | | | $ |
    | | | $ |
    | | | $ |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ☒ No
    ☐ Yes. Give specific information............   $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☒ No
    ☐ Yes. Describe each claim. ...................   $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim. ...................   $_____

35. **Any financial assets you did not already list**
    ☐ No
    ☒ Yes. Give specific information............ LIFE PARTNERS INC. 204 WOODHEW DR. WACO, TX   $ 10,000.00

36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here ................................................................ → $ 12,200.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. Do you own or have any legal or equitable interest in any business-related property?
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☒ No
    ☐ Yes. Describe.......   $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☒ No
    ☐ Yes. Describe.......   $_____

Debtor 1  **JODELL      MARIE        ALTIER**                                    Case number *(if known)* 6:15-BK-01838-KSJ
          First Name    Middle Name   Last Name

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
    - ☑ No
    - ☐ Yes. Describe....... $_____

41. **Inventory**
    - ☑ No
    - ☐ Yes. Describe....... $_____

42. **Interests in partnerships or joint ventures**
    - ☑ No
    - ☐ Yes. Describe.......

    | Name of entity: | % of ownership: | |
    |---|---|---|
    | _____ | ____% | $_____ |
    | _____ | ____% | $_____ |
    | _____ | ____% | $_____ |

43. **Customer lists, mailing lists, or other compilations**
    - ☑ No
    - ☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?
        - ☐ No
        - ☐ Yes. Describe........ $_____

44. **Any business-related property you did not already list**
    - ☑ No
    - ☐ Yes. Give specific information .........
        $_____
        $_____
        $_____
        $_____
        $_____
        $_____

45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here ................ → $ 0.00

---

**Part 6:** **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?
    - ☑ No. Go to Part 7.
    - ☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

47. **Farm animals**
    *Examples*: Livestock, poultry, farm-raised fish
    - ☐ No
    - ☐ Yes....................... $_____

Debtor 1    JODELL   MARIE   ALTIER    Case number (if known) 6:15-BK-01838-KSJ

48. **Crops—either growing or harvested**
   - ☒ No
   - ☐ Yes. Give specific information. ............  $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**
   - ☒ No
   - ☐ Yes ............  $_____

50. **Farm and fishing supplies, chemicals, and feed**
   - ☒ No
   - ☐ Yes ............  $_____

51. **Any farm- and commercial fishing-related property you did not already list**
   - ☒ No
   - ☐ Yes. Give specific information. ............  $_____

52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here ............ ➔  $ 0.00

## Part 7: Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership
   - ☐ No
   - ☒ Yes. Give specific information.
     1. Discovery Beach Time Share Cocoa Beach, Fl.    $ 2,500.00
     2. Oyster Point Time Share, Sebastian Fl.    $ 1,000.00
     $_____

54. Add the dollar value of all of your entries from Part 7. Write that number here ............ ➔  $ 3,500.00

## Part 8: List the Totals of Each Part of this Form

55. Part 1: Total real estate, line 2 ............ ➔  $ 0.00

56. Part 2: Total vehicles, line 5    $ 4,000.00

57. Part 3: Total personal and household items, line 15    $ 5,550.00

58. Part 4: Total financial assets, line 36    $ 12,200.00

59. Part 5: Total business-related property, line 45    $ 0.00

60. Part 6: Total farm- and fishing-related property, line 52    $ 0.00

61. Part 7: Total other property not listed, line 54    +$ 3,500.00

62. Total personal property. Add lines 56 through 61. ............    $ 25,250.00    Copy personal property total ➔  +$ 25,250.00

63. Total of all property on Schedule A/B. Add line 55 + line 62. ............    $ 25,250.00

Official Form 106A/B    Schedule A/B: Property    page 10

Fill in this information to identify your case:

Debtor 1 _____
             First Name            Middle Name            Last Name

Debtor 2 _____
(Spouse, if filing) First Name     Middle Name            Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number _____
(If known)

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Jodeen M. Oliver                          X _____
Signature of Debtor 1                            Signature of Debtor 2

Date 1/22/2016                                  Date _____
    MM / DD / YYYY                                    MM / DD / YYYY

Official Form 106Dec            Declaration About an Individual Debtor's Schedules

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

Re: Jodell Altier                             §       Case No.:6:15-bk-01838-KSJ
                                              §       Chapter No.: 7
                                              §
         Debtor(s)                            §

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the amended Schedule A/B, Summary of Assets & Liabilities and Declaration about an Individual Debtor's Schedules has been furnished by U.S. Mail and/or email to the following parties:

Gene T. Chambers, Trustee P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee, United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801,

Justin M. Luna of Lathem, Shuker, Eden & Beaudine LLP, P.O. Box 3353 Orlando, Florida 32802-3353, Attorneys for Goshen Mortgage, LLC ,

Michael A Nardella, Esq. of Nardella & Nardella PLLC, 250 E. Colonial Dr. #102 Orlando, FL. 32801,

Antonio Alonso, Esq. of Choice Legal Group P.A., PO Box 9908 Fort Lauderdale, FL 33310-0908 Attorney for Seterus Inc. as the authorized sub servicer for Federal National Mortgage Association ,

Grande Legacy Grp 8104 hook Circle Orlando, FL32836,

this 22 day of January, 2016

_Jodell M. Altier_
Jodell Altier, Pro Se
2507 Roat Drive     Orlando, FL 32835