

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

02/01/2016 01:30 PM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-01838-KSJ | 7 | 03/04/2015 |

Chapter 7

**DEBTOR:**   Jodell Altier

**DEBTOR ATTY:**   NA

**TRUSTEE:**   Gene Chambers

**HEARING:**

Motion   for Relief from Stay re: 216 NE 10TH AVE, GAINESVILLE, FL 32601 filed by SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION , CREDITOR C/O SETERUS, INC   (Doc #68)

Related Cases:
15-ap-156 Goshen Mortgage -v- Jodell Altier (727)
.

**APPEARANCES:**:

DEBTOR: JODELL ALTIER
ATTORNEY FOR TRUSTEE:  MICHAEL NARDELLA
ATTORNEY FOR SETERUS:  LORNE DURKET

**RULING:** Motion   for Relief from Stay re: 216 NE 10TH AVE, GAINESVILLE, FL 32601 filed by SETERUS, INC. AS THE AUTHORIZED SUBSERVICER FOR FEDERAL NATIONAL MORTGAGE ASSOCIATION , CREDITOR C/O SETERUS, INC (Doc #68) -   GRANTED NUNC PRO TUNC TO PETITION DATE TO ALLOW APPEAL IN STATE COURT TO GO FORWARD; ORDER BY DURKET

Related Cases:

15-ap-156 Goshen Mortgage -v- Jodell Altier (727)
.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders

not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.