UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

**JODELL ALTIER**

Case No. 6:15-bk-1838-KSJ
Chapter 7

Debtor(s)
_____/

## OBJECTION TO CLAIM OF CREDITOR
## MANDALAY AT STONEBRIDGE COMMONS - CLAIM NO. 4

COMES NOW, Debtor(s), JODELL ALTIER, by and through their undersigned attorney and file this their objection to the claim filed by Mandalay at Stonebridge Commons Condo, for the following reason(s):

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to Local Rule 2002-4(b)(3)(ii), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within 30 days from the date of service of this paper. If you object to the relief requested in the paper, you must file your objection with the Clerk of the Court at the United States Bankruptcy Court, Middle District of Florida, Orlando Division, 400 W. Washington Street, Suite 5100, Orlando, Florida 32801, and serve a copy on the movant's attorney, Jonathan B. Alper, Esquire, 274 Kipling Court, Heathrow, FL 32746, and any other appropriate persons.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. In paragraph 15 of the Affidavit, Creditor Mandalay states "That pursuant to Affiant's records, Creditor has paid $100,000 towards the Judgment to the Master Association."

2. Creditor did not attach any supporting document showing actual amounts paid by Creditor for which indemnification is being sought from Debtor.

WHEREFORE, Debtor moves that this Court, after notice, enter its order disallowing Claim Number 4 filed by Mandalay at Stonebridge Commons Condo in its entirety.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing has been provided by U.S. Mail / Electronic Mail this   2nd   day of May,  2016, to Gene T. Chambers, Chapter 7 Trustee, PO Box 533987, Orlando, FL 32853; Mandalay at Stonebridge Commons Condo, c/o Patrick J. Burton, Esq., Law Offices of John L. DiMasi, PA, 801 N. Orange Avenue, Suite 500, Orlando, FL 32801;

/s/ Jonathan B. Alper
Jonathan B. Alper, Esquire
274 Kipling Court
Heathrow, FL 32746
(407) 444-0404 / Fax (407) 333-2040
Florida Bar No. 208681
Attorney for Debtor