**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                                     CASE NO. 6:15-bk-01838-KSJ

**JODELL M. ALTIER,**                                          CHAPTER 7

           Debtor.
_____/

**NOTICE OF PRELIMINARY HEARING**

     **PLEASE TAKE NOTICE** that an preliminary hearing has been set before the Honorable Karen S. Jennemann, United States Bankruptcy Judge, on **Thursday, the 9th day of June 2016 at 2:45 P.M., at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom 6A, Orlando, Florida 32801**, to consider and act upon the following:

**GOSHEN MORTGAGE, LLC'S OBJECTION TO MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY BETWEEN TRUSTEE AND DEBTOR**
**(Doc No. 96)**

and transact such other business as may properly come before the meeting.

     All exhibits must be premarked and listed in accordance with Local Rule 9070-1.

     <u>Appropriate Attire</u>:  You are reminded that Local Rule 5072(b)(16) requires that all persons appearing in court should dress in appropriate business attire consistent with their financial abilities.  Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

     Avoid delays at the Courthouse security checkpoints.  You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge.  Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this **NOTICE OF PRELIMINARY HEARING** has been furnished electronically mail to: **Jodell M. Altier,** *c/o* Jonathan B. Alper, Esq., Alper Law, PLLC, 274 Kipling Court, Heathrow, Florida 32746, jalper@alperlaw.com; **Gene T Chambers, Trustee,** *c/o* Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 250 East Colonial Drive, Suite 102, Orlando, Florida 32801, mnardella@nardellalaw.com; and the U.S. Trustee, 400 W Washington Street, Suite 1100, Orlando, FL 32801, this 6th day of May 2016.

    /s/ Justin M. Luna
Justin M. Luna, Esq.
Florida Bar No. 0037131
jluna@lseblaw.com
bknotice@lseblaw.com
Daniel A. Velasquez, Esq.
Florida Bar No. 0098158
dvelasquez@lseblaw.com
Latham, Shuker, Eden & Beaudine, LLP
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile:   407-481-5801
*Attorneys for Goshen Mortgage, LLC*