ORDERED.

Dated:  June 09, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                   Case No.: 6:15-bk-01838-KSJ
                                                                         Chapter 7
JODELL M. ALTIER,

    Debtor.
_____/

### ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER OF PROPERTY OF THE ESTATE

This case came on for consideration on the Motion for Turnover filed by the Trustee (Document No. 89)(the "Motion").  The Motion was served by negative notice and no appropriate response was timely filed.  Accordingly, it is

**ORDERED**:

1. The Motion is granted.

2. Debtor shall turn over possession of the original "bearer shares" stock certificate for all 1,000 shares of Grande Legacy Group to Gene T. Chambers, Chapter 7 Trustee.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.