

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

06/09/2016 02:45 PM

COURTROOM   6A, 6th Floor

HONORABLE KAREN JENNEMANN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 6:15-bk-01838-KSJ | 7 | 03/04/2015 |

Chapter 7

**DEBTOR:** Jodell Altier

**DEBTOR ATTY:** Jonathan Alper

**TRUSTEE:** Gene Chambers

**HEARING:**

(1) Trustee's Objection to Exemptions (Doc #85)
(2) Amended Objection to Exemptions by Goshen Mortgage, LLC (Doc #87)
Response by Debtor (Doc #95)
(3) Motion for Approval of Compromise Between Trustee and Debtor (Doc #91)
Objection by Goshen Mortgage (Doc #96)
Note:
Matters Not Yet Scheduled:
-Trustee's Motion for Turnover of Property of the Estate (Doc #89) filed 4/18/16 with negative notice.   No response filed; no order entered
-Debtor's Objection to Claim No. 4 of Stonebridge Commons Condo (Doc #93) filed 5/2/16 with negative notice.   Response deadline:   6/1/16
- Motion/Application to Pay/Application to Approve Payment of Administrative Expenses. Filed by negative notice on 5/26/16. (Doc #98)
.

**APPEARANCES:**:

Michael Nardella (Trustee Gene Chambers)
Trustee Gene Chambers also present
Jonathan Alper (Debtor)
Debtor Jodell Altier also present
Justin Luna (Goshen Mortgage)

**RULING:**
(1) Trustee's Objection to Exemptions   (Doc #85): continued to July 14, 2016 at 1:00 pm. (A.O.C.N.F.N.G.).

(2) Amended Objection to Exemptions by Goshen Mortgage, LLC   (Doc #87): continued to July 14 at 1:00 pm. (A.O.C.N.F.N.G.).

Response by Debtor (Doc #95)

(3) Motion for Approval of Compromise Between Trustee and Debtor   (Doc #91): any competing bids need to be made on or before June 17, 2016. Additional bids can be received up until July 13. Continued to July 14, 2016 at 1:00 pm. (A.O.C.N.F.N.G.). Order by Mr. Nardella.

Objection by Goshen Mortgage (Doc #96)

Note:

Matters Not Yet Scheduled:

-Trustee's Motion for Turnover of Property of the Estate (Doc #89) filed 4/18/16 with negative notice.   No response filed; no order entered

-Debtor's Objection to Claim No. 4 of Stonebridge Commons Condo (Doc #93) filed 5/2/16 with negative notice.   Response deadline:  6/1/16

- Motion/Application to Pay/Application to Approve Payment of Administrative Expenses. Filed by negative notice on 5/26/16. (Doc #98)

.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.