**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
**www.flmb.uscourts.org**

In re:                                                                                   CASE NO. 6:15-bk-01838-KSJ

**JODELL M. ALTIER,**                                                    CHAPTER 7

      Debtor.
_____/

## NOTICE OF FILING GOSHEN MORTGAGE, LLC ASSET PURCHASE OFFER

**GOSHEN MORTGAGE, LLC** ("Goshen"), hereby files, pursuant to the Court's instructions at the hearing held on June 9, 2016 ("Hearing"), the letter to the Chapter 7 Trustee setting forth the Goshen Mortgage, LLC, Asset Purchase Offer ("Goshen Offer"), a copy of which is attached hereto as **Exhibit A**.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true copy of this **NOTICE** has been furnished electronically mail to:  **Jodell M. Altier,** *c/o* Jonathan B. Alper, Esq., Alper Law, PLLC, 274 Kipling Court, Heathrow, Florida 32746, jalper@alperlaw.com; **Gene T Chambers, Trustee,** *c/o* Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 250 East Colonial Drive, Suite 102, Orlando, Florida 32801, mnardella@nardellalaw.com; and the U.S. Trustee, 400 W Washington Street, Suite 1100, Orlando, FL 32801, this 14th day of June 2016.

    **RESPECTFULLY SUBMITTED** this 14th day of June 2016.

                                                    /s/ Justin M. Luna
                                                  Justin M. Luna, Esq.
                                                  Florida Bar No. 0037131
                                                  jluna@lseblaw.com
                                                  bknotice@lseblaw.com
                                                  Daniel A. Velasquez, Esq.
                                                  Florida Bar No. 0098158
                                                  dvelasquez@lseblaw.com
                                                  Latham, Shuker, Eden & Beaudine, LLP
                                                  111 N. Magnolia Ave., Suite 1400
                                                  Orlando, Florida 32801
                                                  Tel: 407-481-5800; Fax:   407-481-5801
                                                  *Attorneys for Goshen Mortgage, LLC*

# LATHAM, SHUKER, EDEN & BEAUDINE, LLP
## ATTORNEYS AT LAW

MICHAEL J. BEAUDINE
CINDY CAMPBELL
MICHAEL G. CANDIOTTI
JAN ALBANESE CARPENTER
DANIEL H. COULTOFF
ANDREW C. D'ADESKY
MARIANE L. DORRIS
JENNIFER S. EDEN
DOROTHY F. GREEN
JOSHUA D. GROSSHANS

111 NORTH MAGNOLIA AVENUE, SUITE 1400
ORLANDO, FLORIDA 32801
POST OFFICE BOX 3353
ORLANDO, FLORIDA 32802
TELEPHONE: (407) 481-5800
FACSIMILE: (407) 481-5801
WWW.LSEBLAW.COM

BRUCE D. KNAPP
PETER G. LATHAM
JUSTIN M. LUNA
LORI T. MILVAIN
*R. SCOTT SHUKER
JONATHAN A. STIMLER
CHRISTINA Y. TAYLOR
DANIEL A. VELASQUEZ

DIRECT DIAL: 407-481-5804
EMAIL: JLUNA@LSEBLAW.COM

* BOARD CERTIFIED
  BUSINESS BANKRUPTCY ATTORNEY

June 14, 2016

Michael A Nardella, Esq.
Nardella & Nardella, PLLC
250 East Colonial Drive, Ste 102
Orlando, Florida 32801

Re:   Jodell M. Altier
      Case No. 6:15-bk-01838-KSJ
      Goshen Mortgage, LLC, Asset Purchase Offer

Dear Mr. Nardella:

    Pursuant to instructions issued by the Court at the hearing held on June 9, 2016 regarding the Motion for Approval of Compromise of Controversy between Trustee and Debtor filed by Gene T. Chambers, Chapter 7 Bankruptcy Trustee for Jodell M. Altier ("Trustee") (the "Trustee Motion") and the objection ("Goshen Objection") to the Trustee's Motion by Goshen Mortgage, LLC ("Goshen"), Goshen makes the following formal offer (the "Goshen Offer") to the Trustee to purchase certain assets of the Estate:

    (a)    Trustee assigns Goshen all of the Estate's claims against third parties, including but not limited to, those set forth in the case styled *Gene Chambers, Trustee v. Jodell M. Altier, et al.*, Case No. 6:16-ap-00013-KSJ (the "Adversary Case")[1];

    (b)    Trustee assigns Goshen her rights in the real property described as: 2507 Roat Drive, Orlando, Florida 32835 (the "Roat Drive Property"); (ii) 2122 Kettle Drive, Orlando, Florida 32835 (the "Kettle Drive Property"); and (iii) 280 Lanternback Island Drive, Satellite Beach, Florida 32937 (the "Lanternback Property")(collectively, the "Properties");

---

[1] The Adversary Case has since been consolidated with Goshen's 727 adversary complaint against the Debtor.

**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**

June 14, 2016
Page 2

  (c) Trustee assigns Goshen her rights and interests in certain real property from the Debtor to Grand Legacy Group, a Texas Joint-Stock Company ("GLG");

  (d) Trustee assigns Goshen her rights and interest in GLG;

  (e) Goshen, with the assistance of the Trustee, shall sell the Properties, through the bankruptcy court, to the highest bidder via a 363(f) sale, provided Goshen prevails on the fraudulent transfer claims or other adversary claims that recover the Properties, with the net proceeds from any such sale of Kettle Drive and Lanternback are split 50/50 between the Estate and Goshen. The Roat Drive Property shall be sold to Goshen for consideration given under this Goshen Offer plus the amount of its credit bid, subject to higher and better offer; and

  (f) Goshen shall pay the lump sum payment of One Hundred Thousand Dollars and No Cents ($100,000.00) upon the entry of a final nonappealable order granting the aforementioned agreement.

  Please confer with the Trustee and advise if the Goshen Offer is acceptable.

  Please contact me if you have any questions or require additional clarification of the Goshen Offer.

           Very truly yours,

           Justin M. Luna
           Attorney for Goshen Mortgage, LLC

/dlc