UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

                                                Case No. 6:15-bk-1838-KSJ

**JODELL M. ALTIER**

    Debtor(s)
_____/

## NOTICE OF PRELIMINARY HEARING

**NOTICE IS HEREBY GIVEN THAT:**

A preliminary hearing in this case will be held on July 14, 2016 at 1:00 p.m. in Courtroom 6A, 6th Floor, at George C Young Federal Building, 400 W Washington St, Orlando, FL 32801, to consider and act upon the following and transact such other business that may come before the Court:

*Objection to Claim No. 4 of Mandaly at Stonebridge Commons Condo* (Doc No. 93)

1. The hearing may be continued upon announcement made in open Court without further notice.

2. Appropriate Attire. You are reminded that Local Rule 5072-1(b)(16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

3. Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 **restricts the entry of cellular telephones** and, exempt in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding Judge. Due to heightened security procedures, persons must present photo identification to enter the Courthouse.

************************************

      I HEREBY CERTIFY a copy of the foregoing has been provided by either U.S. Mail, facsimile, or electronic transmission this ___15th___ day of June, 2014 to Frank J. Lacquaniti, Esq. & John L. DiMasi, Esq., 801 N. Orange Ave, Suite 500, Orlando, FL 32801 (jdimasi@orlando-law.com); Gene T. Chambers, PO Box 533987, Orlando, FL 32853; Michael A. Nardella, Esq., 250 E Colonial Drive, Suite 102, Orlando, FL 32801; Jodell M. Altier, 2507 Roat Drive, Orlando, FL 32835, and United States Trustee, George C Young Federal Courthouse, 400 W Washington Street, Orlando, FL 32801.

 

/s/ Jonathan B. Alper
Jonathan B. Alper, Esquire
274 Kipling Court
Heathrow, FL 32746
Telephone: (407) 444-0404
Fax: (407) 333-2040
E-Notice: jalper@alperlaw.com
E-Notice Copy: jroyal@alperlaw.com
Florida Bar No. 208681
Attorney for Debtor(s)