ORDERED.

Dated: June 17, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                              Case No.: 6:15-bk-01838-KSJ
                                                                    Chapter 7
JODELL M. ALTIER,

    Debtor.
_____/

### ORDER ON MOTION FOR APPROVAL OF COMPROMISE OF CONTROVERSY BETWEEN TRUSTEE AND DEBTOR (DOC. 91) AND THE OBJECTION OF GOSHEN MORTGAGE (DOC. 96 )

This case came on for hearing on June 9, 2016, to consider the Motion for Approval of Compromise of Controversy Between Trustee and Debtor (Doc. 91) (the "Motion") and the Objection Goshen Mortgage (Doc. 96) (the "Objection"). For the reasons stated orally and recorded in open Court, it is

**ORDERED**:

1. All parties shall electronically file with the clerk a formal bid on or before June 17, 2016.

2. All parties shall electronically file with the clerk any counter-bids on or before July 13, 2016.

3. Any interested party is entitled to make and file an initial bid or counter-bid.

4. A hearing on the Motion and the Objection and for final determination of the highest and best bid will be held on **July 14, 2016 at 1:00 p.m.** at the United States Bankruptcy Court, 400 W. Washington Street, 6th Floor, Courtroom 6A, Orlando, Florida 32801.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.