UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

JODELL M. ALTIER,
    Debtors.
_____/

Case No.: 6:15-bk-01838-KSJ
Chapter 7

## PROOF OF SERVICE

I HEREBY CERTIFY that on June 22, 2016, a true and correct copy of the *Order on Motion For Approval of Compromise on Controversy Between Trustee and Debtor (Doc. 91) and the Objection of Goshen Mortgage (Doc. 96),* (Doc No. 105) was furnished via electronic notice through CM/ECF system to: Jonathan B. Alper, Jonathan B. Alper, PLC, 274 Kipling Court, Heathrow, Florida 32746, Counsel for Debtor (jalper@alperlaw.com) and Justin M. Luna, Latham, Shuker, Eden & Beudine, LLP, Post Office Box 3353, Orlando, Florida 32802, Counsel for Goshen (jluna@lseblaw.com) and all participating parties in CM/ECF, and was also served via U.S. Mail, postage prepaid to all non-ECF participants on the attached matrix.

Dated this 22nd day of June, 2016.

/s/ Michael A. Nardella_____
Michael A. Nardella, Esq.
Florida Bar No: 51265
**NARDELLA & NARDELLA, PLLC**
250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
Primary Email: mnardella@nardellalaw.com
Secondary Email: akeppel@nardellalaw.com

```
Label Matrix for local noticing      Goshen Mortgage, LLC                 Recovery Management Systems Corp.
113A-6                                c/o Seneca Mortgage Servicing        Attn: Ramesh Singh
Case 6:15-bk-01838-KSJ                611 Jamison Rd.                      25 SE Second Avenue, Ste 1120
Middle District of Florida            Elma, NY 14059-9392                  Miami, FL 33131-1605
Orlando
Wed Jun 22 10:41:49 EDT 2016

SETERUS, INC. AS THE AUTHORIZED SUBSERVICER   SunTrust Bank                Alexandra Kalman, Esq
Choice Legal Group, P.A.              c/o Esther McKean, Esq.              Lender Legal Services LLC
P.O. BOX 9908                         Akerman LLP                          201 E Pine Street, Ste 730
Fort Lauderdale, FL 33310-0908        P.O. Box 231                         Orlando FL 32801-2763
                                      Orlando, FL 32802-0231

Bank of America                       (p)BANK OF AMERICA                   Christna Trust
PO Box 851001                         PO BOX 982238                        1610 E Saint Andrew Place
Dallas  TX  75285 1001                EL PASO TX 79998-2238                Suite B-150
                                                                           Santa Ana  CA 92705-4931

Dept of Treasury IRS                  Discovery Beach Resort               Federal National Mortgage Assoc
2970 Market St                        300 Barlow Ave                       Fannie Mae
Philadelphia  PA 19104-5002           Cocoa Beach  FL 32931-3906           3900 Wisconsin Ave. NW
                                                                           Washington  DC  20016 2892

Florida Department of Revenue         Goshen Mortgage, LLC                 Internal Revenue Service
Bankruptcy Unit                       c/o Justin M. Luna, Esq.             Post Office Box 7346
Post Office Box 6668                  Latham, Shuker, Eden & Beaudine, LLP Philadelphia PA 19101-7346
Tallahassee FL 32314-6668             PO Box 3353
                                      Orlando, FL  32802-3353

James Monroe PA                       John R. Samaan  PA                   Justin Plean
PO Box 540163                         337 N. Ferncreek Ave.                Lender Legal Services LLC
Orlando  FL 32854-0163                Orlando  FL 32803-5439               201 E Pine Street, Ste 730
                                                                           Orlando FL 32801-2763

Macys Dept. Store                     Mandalay at Stonebridge              Mandalay at Stonebridge
7 West 7th St.                        Commons Condominium Assoc Inc.       Miramonte Dr.
Cincinnati  OH 45202-2424             Orlando  FL  32835                   Orlando  FL  32835

Mary Biddle                           Orange County Tax Collector          Oyster Pointe & Oyster Bay Resort
6 Fairway Cove Dr.                    PO Box 545100                        1570 US 1
Orlando  FL                           Orlando FL 32854-5100                Sebastian  FL 32958-3831

Recovery Management Systems Corporation  Stein Mart Store                  SunTrust Bank
25 S.E. 2nd Avenue, Suite 1120        1200 Riverplace Blvd                 Attn: Support Services
Miami, FL 33131-1605                  Jacksonville  FL 32207-1809          P.O. Box 85092
                                                                           Richmond, VA 23286-0001

Suntrust Bank                         United States Trustee - ORL7/13      Wells Fargo - Visa
200 Orange Ave.  5th Fl               Office of the United States Trustee  PO Box 4039
Mail Code FL-ORL-2052                 George C Young Federal Building      Concord  CA 94524-4039
Orlando  FL 32801-3410                400 West Washington Street, Suite 1100
                                      Orlando, FL 32801-2210
```

| | | |
|---|---|---|
| Wells Fargo - Visa<br>PO Box 6412<br>Carol Stream  IL 60197-6412 | Andrew M. Brumby<br>Shutts & Bowen LLP<br>Post Office Box 4956<br>Orlando, FL 32802-4956 | Gene T Chambers<br>Post Office Box 533987<br>Orlando, FL 32853-3987 |
| Jodell M Altier<br>2507 Roat Drive<br>Orlando, FL 32835-8145 | Jonathan B Alper<br>Jonathan B Alper PLC<br>274 Kipling Court<br>Heathrow, FL 32746-4124 | Steven M Vanderwilt<br>9940 Hood Road<br>Jacksonville, FL 32257-1134 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America - Visa
PO Box 982235
El Paso  TX  79998 2235

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Mandalay at Stonebridge Commons Condominiu<br>801 N. Orange Ave., Suite 500<br>Orlando, ff 3280 United States of Americ | (u)Darrin Lavine | End of Label Matrix<br>Mailable recipients   35<br>Bypassed recipients    2<br>Total                 37 |