UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                    Case No.: 6:15-bk-01838-KSJ

JODELL M. ALTIER,                                            Chapter 7

      Debtor.

_____/

**TRUSTEE'S MOTION TO COMPEL DEBTOR TO COMPLY WITH
ORDER GRANTING TRUSTEE'S MOTION FOR TURNOVER
OF PROPERTY OF THE ESTATE (DOC. 100)**

      Gene T. Chambers, as the Chapter 7 Trustee for the Estate of the Debtor, by and through her undersigned counsel, pursuant to Fed. R. Bankr. P. 7037, Fed. R. Civ. P. 37(d) and Local Rules 7026-1(E) and (F), files this Motion to Compel Debtor, Jodell M. Altier, to comply with Order Granting Trustee's Motion for Turnover of Property of the Estate dated June 9, 2016 (Doc. 100) and for contempt and sanctions, and states as follows:

      1.      On June 9, 2016, the Court entered an Order Granting Trustee's Motion for Turnover of Property of the Estate (Doc. 100) (the "Order").

      2.      Paragraph 2 of the Order states that the Debtor "shall turn over possession of the original 'bearer shares' stock certificate for all 1,000 shares of Grande Legacy Group to Gene T. Chambers, Chapter 7 Trustee".

      3.      At the hearing before this Court on June 9, 2016, the parties and the Court discussed the pending Motion for Turnover, the Debtor voiced no objection, and the Debtor presented to the Trustee a document purporting to be the original certificate.

      4.      Upon inspection later by the Trustee, it was discovered that the document was a color copy.

5. Despite demand, Debtor has failed to turnover the original document.

6. At the Deposition of Debtor on June 23, 2016, taken by counsel for Goshen Mortgage, LLC, Debtor testified that she had the original document at her home.

7. After the deposition, counsel for the Trustee requested turnover of the document and the Debtor stated that she would not turn it over as she did not believe it would be safe with the Trustee.

8. Counsel for the Trustee believes that this matter may be resolved with counsel for the Debtor, but considering the Debtor's history in this case, the Trustee believes it is prudent to file a motion at this time.

WHEREFORE, the Trustee seeks the entry of an Order compelling the Debtor, Jodell M. Altier, to comply with paragraph 2 of the Order and to immediately turnover the original stock certificate to the Trustee, and granting such other relief that the Court deems appropriate.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically on the 29th day of June, 2016 to: Jonathan B. Alper, Esquire, Jonathan B. Alper PLC, 274 Kipling Court, Heathrow, Florida 32746, and all other parties participating in CM/ECF.

/s/ Michael A. Nardella_____
Michael A. Nardella, Esq.
Florida Bar No: 51265
**NARDELLA & NARDELLA, PLLC**
250 E. Colonial Drive, Suite 102
Orlando, Florida 32801
Telephone: (407) 966-2680
Facsimile: (407) 966-2681
Primary Email: mnardella@nardellalaw.com
Secondary Email: akeppel@nardellalaw.com

**Counsel for Gene T. Chambers, in her capacity as chapter 7 Trustee for the Estate of Jodell Altier**