UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                                  Case No.: 6:15-bk-01838-KSJ
                                                                        Chapter 7
JODELL M. ALTIER,

    Debtor.
_____/

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in this case will be held on Thursday, **July 14, 2016 at 1:00pm** in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, Florida 32801, to consider and act upon the *Motion to Compel Debtor's Compliance with Order (Doc 100.)* [Doc 109] and to transact such other business that may come before the Court.

Dated: July 1, 2016

                                              */s/ Michael A. Nardella*_____
                                              Michael A. Nardella, Esq.
                                              Florida Bar No: 51265
                                              **NARDELLA & NARDELLA, PLLC**
                                              250 E. Colonial Drive, Suite 102
                                              Orlando, Florida 32801
                                              Telephone: (407) 966-2680
                                              Facsimile: (407) 966-2681
                                              Primary Email: mnardella@nardellalaw.com
                                              Secondary Email:akeppel@nardellalaw.com

                                              **Counsel for Gene T. Chambers, in her capacity as chapter 7 Trustee for the Estate of Jodell Altier**

**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2016, I electronically filed the foregoing by electronic notice through CM/ECF system to: Jonathan B. Alper, Jonathan B. Alper PLC, 274 Kipling Court, Heathrow, Florida 32746, and all parties participating in CM/ECF.

/s/Michael A. Nardella_____
Michael A. Nardella, Esq.