UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                          Case No.: 6:15-bk-01838-KSJ
                                                Chapter 7
JODELL M. ALTIER,

         Debtor.

_____/

**JOINDER OF TRUSTEE TO MOTION TO COMPEL
DEBTOR'S COMPLIANCE WITH 11 U.S.C. § 521(a)(2) (Doc. No. 107)**

         Gene T. Chambers, Trustee for the Estate of Jodell Altier, by and through her

undersigned counsel, hereby joins in the arguments and relief requested in Goshen Mortgage's

Motion to Compel Debtor's Compliance with 11 U.S.C. § 521(a)(2) (Doc. No. 107).


Dated:  July 6, 2016


                                        */s/ Michael A. Nardella*_____
                                        Michael A. Nardella, Esq.
                                        Florida Bar No:  51265
                                        **NARDELLA & NARDELLA, PLLC**
                                        250 E. Colonial Drive, Suite 102
                                        Orlando, Florida 32801
                                        Telephone: (407) 966-2680
                                        Facsimile: (407) 966-2681
                                        Primary Email: mnardella@nardellalaw.com
                                        Secondary Email:akeppel@nardellalaw.com

                                        **Counsel for Gene T. Chambers, in her
                                        capacity as chapter 7 Trustee for the
                                        Estate of Jodell Altier**

22419868 v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 6th, 2016, I electronically filed the foregoing  through CM/ECF system , and notice will be given to all parties participating in CM/ECF.

*/s/ Michael A. Nardella*_____
Michael A. Nardella, Esq.

22419868 v1