ORDERED.

Dated:  July 13, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

JODELL M. ALTIER,
      Debtors.
_____/

Case No.: 6:15-bk-01838-KSJ
Chapter 7

### ORDER ON TRUSTEE'S APPLICATION TO APPROVE PAYMENT OF ADMINISTRATIVE EXPENSE

This case came on for consideration on the Trustee's Application to Approve Payment of Administrative Expense (Document No. 98) (the "Motion").  The Motion was served by negative notice and no appropriate response was timely filed.  Accordingly, it is

**ORDERED:**

1. The Motion (Doc. No. 98) is granted.

2. The Trustee is authorized and directed to pay the mediator's invoice of $1,400.00 from the estate funds.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.