[Dordst] [ORDER SCHEDULING TRIAL]

ORDERED.

**Dated: July 18, 2016**

*Karen S. Jennemann*
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                    Case No. 6:15−bk−01838−KSJ
                                                          Chapter 7
Jodell M Altier


_____Debtor*_____/

## ORDER SCHEDULING TRIAL

THIS CASE came on for a hearing on July 14, 2016 on the Trustee's Objection to Exemptions; Amended Objection to Exemptions by Goshen Mortgage, LLC; Debtor's Objection to Claim No. 4 of Stonebridge Commons Condominium Association, Inc. (Document No. 85, 87 and 93) filed by Trustee, Goshen Mortgage, LLC and Debtor . The Court is satisfied that the contested matter is now ready for a trial. Accordingly, it is

**ORDERED**:

1. <u>Trial</u>. The trial is set for August 15, 2016 , at 02:00 PM in Courtroom 6A, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

2. <u>Witness List</u>. The parties shall exchange names and addresses of witnesses within 14 days of the date of entry of this Order.

3. <u>Exhibits</u>. Parties shall exchange exhibits no less than seven days before the date set for the trial. All exhibits the parties intend to introduce into evidence must be premarked and listed in accordance with Local Rule 9070−1 and Administrative Order FLMB−2015−6. Unless written objection to authenticity is filed with the Court no later than 24 hours before the trial, the Court will admit copies of the exhibits in lieu of the originals.

4. <u>Discovery Cutoff</u>. All discovery shall be completed by seven days before the date set for the trial.

5. <u>Discovery Disputes</u>. The parties shall first confer in good faith to resolve any discovery disputes. If unsuccessful, any party may request a telephone conference with the Court so that the Court may render an informal, preliminary ruling on the discovery dispute, without prejudice to the right of any party to file a formal motion.

<u>Avoid delays.</u> You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or *pro hac vice* order. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.