ORDERED.

Dated: July 20, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| In re | CASE NO. 6:15-bk-01838-KSJ |
| **JODELL M. ALTIER,** | CHAPTER 7 |
| Debtor. / | |

**ORDER GRANTING GOSHEN MORTGAGE, LLC'S MOTION TO COMPEL DEBTOR'S COMPLIANCE WITH 11 U.S.C. § 521(a)(2)**

**THIS CASE** came on for hearing on July 14, 2016 (the "Hearing") on the motion of **GOSHEN MORTGAGE, LLC** (the "Plaintiff") to compel Jodell M. Altier (hereinafter referred to as "Debtor") to comply with her statutory duties as a Chapter 7 debtor as required by 11 U.S.C. §521(a)(2) (the "Motion") (Doc. No. 107) and the joinder filed by the Trustee in support of the Motion (the "Joinder") (Doc. No. 111). Upon consideration of the Motion, the Joinder, the argument of the parties presented at the Hearing, it is

**ORDERED:**

1. The Motion is **GRANTED**.

2. The Debtor shall submit an amended Statement of Intention to either: (i) reaffirm the debt associated with the Property, (ii) redeem the Property; or (iii) surrender the Property to Goshen within fourteen (14) days of the Hearing.

3. The Debtor is prohibited from taking any action in Goshen Mortgage's pending foreclosure action against the Debtor's property, except to the extent it is consistent with paragraph 2 of this Order.

Attorney Justin M. Luna, Esq. is directed to serve a copy of this order on interested parties and file a proof of service within three (3) days of entry of the order.