ORDERED.

Dated: July 23, 2016

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:                                                         Case No.: 6:15-bk-01838-KSJ
                                                               Chapter 7
JODELL M. ALTIER,

    Debtor.
_____/

**ORDER ON MOTION FOR APPROVAL OF COMPROMISE OF
CONTROVERSY BETWEEN TRUSTEE AND DEBTOR (DOC. 91)
AND THE OBJECTION OF GOSHEN MORTGAGE (DOC. 96 )**

This case came on for hearing on July 14, 2016, to consider the Motion for Approval of Compromise of Controversy Between Trustee and Debtor (Doc. 91) (the "Motion") and the Objection by Goshen Mortgage, LLC (Doc. 96) (the "Objection"), the Asset Purchase Offer by Goshen Mortgage, LLC ("Goshen") (Doc. 103), the Asset Purchase Offer by Joseph Altier (Doc. 113), and the additional bids made in open court. The Court, having held an open auction for counter-bids for certain assets of the estate and finding that Goshen was the highest bidder, having reviewed the pleadings and found no other objections filed, otherwise being fully advised in the premises, and for the reasons stated orally and recorded in open Court, it is hereby

    **ORDERED**:

1. The Motion is granted in part and denied in part, as further described herein.

2. The Objection is granted in part and denied in part, as further described herein.

3. The following terms and conditions of Goshen's bid are approved, and the Trustee is authorized and directed as follows:

   a. Upon this Order becoming final and non-appealable, Goshen shall pay the Trustee the sum of $185,000.00 for the estate (the "Funds").

   b. The Funds shall be held and administered by the Trustee in the ordinary course of her duties and distributed pursuant to the Bankruptcy Code.

   c. Upon receipt of the Funds, the Trustee shall transfer to Goshen that certain original document as described in this Court's Order Granting Motion for Turnover of Property of the Estate dated June 10, 2016 (Doc. 100) and shall further transfer to Goshen all of the estate's other interest in Grande Legacy Group ("GLG").

   d. Upon receipt of the Funds, the Trustee shall assign to Goshen all claims and other causes of action the Trustee has against the Debtor and other third parties, including but not limited to all claims brought in that certain adversary proceeding 6:15-ap-00156-KSJ.

   e. Upon receipt of the Funds and upon the request of Goshen, the Trustee shall execute and deliver to Goshen trustee deeds for all interests of the estate in any real property, including but not limited to the properties located at 2122 Kettle Drive, Orlando, Florida, 280 Lanternback Island Drive, Satellite Beach, Florida, and 2507 Roat Drive, Orlando, Florida.

   f. Upon receipt of the Funds and upon the request of Goshen, the Trustee shall file a motion to sell the property located at 2507 Roat Drive, Orlando, Florida, free and

      clear of liens pursuant to 11 U.S.C. § 363 to any interested bidder and at which sale Goshen shall be permitted to credit bid the full amount of its judgment, plus interest, fees, and all other amounts permitted under the relevant loan documents and the law.

    g. Upon receipt of the Funds and upon the request of Goshen, the Trustee shall continue to prosecute the Trustee's Objection to Claim of Exemptions (Doc. 85).

4. The Trustee and Goshen are authorized and directed to execute and deliver all documents and to take other actions as may be necessary or appropriate to perform the obligations set forth in this Order.

5. This Order does not affect or impair Goshen's right to continue prosecuting its action against the Debtor pursuant to 11 U.S.C. § 727.

6. This Court hereby expressly retains jurisdiction over all persons and entities, co-extensive with powers granted to this Court under the Bankruptcy Code, to enforce the terms of this Order and to adjudicate any and all disputes in connection therewith.

Attorney Michael A. Nardella is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.