## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re:                                          CASE NO. 6:15-bk-01838-KSJ

**JODELL M. ALTIER,**                           CHAPTER 7

       Debtor.
_____/

## GOSHEN MORTGAGE, LLC'S WITNESS LIST

Pursuant to the Order Scheduling Trial (Doc. No. 118) on Goshen Mortgage, LLC's ("Goshen") Amended Objection to Debtor's Claimed Exemptions (Doc. No. 87), Goshen hereby lists the following witnesses:

1. Jodell M. Altier, 2507 Roat Drive, Orlando, Florida 32835;

2. Joseph Altier, 2507 Roat Drive, Orlando, Florida 32835;

3. Darrin C. Lavine, 2170 W. SR 434, Suite 260, Longwood, Florida 32779;

4. Any witness called by the Trustee or Debtor; and

5. Any rebuttal witness, as necessary.

Respectfully submitted this 1st day of August, 2016.

                                       /s/ Justin M. Luna
                                       Justin M. Luna, Esq.
                                       Florida Bar No. 0037131
                                       jluna@lseblaw.com
                                       bknotice@lseblaw.com
                                       Daniel A. Velasquez, Esq.
                                       Florida Bar No. 0098158
                                       dvelasquez@lseblaw.com
                                       Latham, Shuker, Eden & Beaudine, LLP
                                       111 N. Magnolia Ave., Suite 1400
                                       Orlando, Florida 32801
                                       Telephone: 407-481-5800
                                       Facsimile:  407-481-5801
                                       *Attorneys for Goshen Mortgage, LLC*

**UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**In re:**                                          **CASE NO. 6:15-bk-01838-KSJ**

**JODELL M. ALTIER,**                   **CHAPTER 7**

        **Debtor.**
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of **GOSHEN MORTGAGE, LLC'S WITNESS LIST** has been furnished electronically mail to: **Jodell M. Altier**, c/o Jonathan B. Alper, Esq., Alper Law, PLLC, 274 Kipling Court, Heathrow, Florida 32746, jalper@alperlaw.com; **Gene T Chambers, Trustee**, c/o Michael A. Nardella, Esq., Nardella & Nardella, PLLC, 250 East Colonial Drive, Suite 102, Orlando, Florida 32801, mnardella@nardellalaw.com; and the U.S. Trustee, 400 W Washington Street, Suite 1100, Orlando, FL 32801, this 1st day of August 2016.

                                          /s/ Justin M. Luna
                                          Justin M. Luna, Esq.