UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

JODELL ALTIER

Case No. 6:15-bk-1838-KSJ

Debtor

_____/

## DEBTOR JODELL ALTIER'S WITNESS LIST

Pursuant to the Order Schedule Trial (Doc. 118) on Trustee's Objection to Exemptions (Doc. 85), Debtor hereby lists the following witnesses:

1.      Jodell M. Altier, 507 Roat Drive, Orlando, FL 32835

2.      Joseph Altier, 507 Roat Drive, Orlando, FL 32835

Respectfully submitted this 1st day of August, 2016.

**ALPER LAW, PLLC**

/s/ Jonathan B. Alper
_____
Jonathan B. Alper, Esq.
Fla. Bar # 208681
274 Kipling Court
Heathrow, Florida  32746
Telephone (407) 444-0404
Primary Email: jalper@alperlaw.com
Secondary Email: jroyal@alperlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was furnished via electronic mail on August 1, 2016 to:

Michael A.Nardella, Esq. o/b/o Trustee Gene T. Chambers (mnardella@nardellalaw.com; akeppel@nardellalaw.com)

Justin M. Luna, Esq. (jluna@lseblaw.com; bknotice@lseblaw.com; wrivera@lseblaw.com; mfrankling@lseblaw.com; dcrivello@lseblaw.com)

/s/ Jonathan B. Alper
_____
Jonathan B. Alper, Esq.