

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

04/05/2017 10:00 AM

COURTROOM   6A, 6th Floor

**HONORABLE KAREN JENNEMANN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **6:15-bk-01838-KSJ** | **7** | **03/04/2015** |

**Chapter 7**

**DEBTOR:**   Jodell Altier

**DEBTOR ATTY:**   Jonathan Bull

**TRUSTEE:**   Gene Chambers

**HEARING:**

(3 hours) EVIDENTIARY HEARING
1) Motion by Goshen For Sanctions Against Jodell Altier and Joseph Altier for Violating the Court's Civil Contempt Order and for an Order to Show Cause why Georgiann Jereczek and Kelley A. Boesecker should not be held in Civil Contempt (Doc #206)
2) Expedited Motion by Goshen For Civil Contempt and Sanctions Against Darrin Lavine and Kelley A. Bosecker (Doc #221)
3) Objection by Bosecker to Affidavit re: Attorney Fees & Costs (Doc #240)
Notice by Goshen of Filing Affidavit of Attorneys' Fees and Costs (Doc #238)
4) PRELIMINARY HEARING
Application for Compensation for Michael A Nardella, Trustee's Attorney, Fee: $39,331.00, Expenses: $320.65. For the period: December 9, 2015 through February 22, 2017 (Doc #237)
Objection by Debtor to Claim 237 Michael Nardella Attorney's fees (Doc #241)
NOTES: Con't from 2/8/17
Proposed Exh. from 1-6 by Goshen Mortgage LLC filed on 3/30/17 and 3/31/17
Regarding: Monetary Sanctions issue only
Order Granting Motion For Sanctions (Related Doc # 206)., Granting Motion For Contempt with Continued Hearing Scheduled for 4/5/17 at 10:00 a.m. (Doc #324)
-Affidavit due by 2/24/17 by Luna; Objections due by 3/10/17 by Bosecker
Emergency Motion by Altier to Stay writ of possession   (Doc #233) - Hearing cancelled due to attorney not preparing hearing notice

**APPEARANCES::**
Michael Nardella (Trustee's Atty);
Gene Chambers (Trustee);
Jonathan Bull (Debtor's Atty);

Dan Velazquez (Goshen's Atty);
Justin Luna (Goshen's Atty);
Kelly Bosecker (Debtor's Atty);
Mr Desai (Trust Atty).

**WITNESSES:**
Kelly Bosecker;
Justin Luna;
Joseph Altier.

**EVIDENCE:**
Exh. 1-6 by Goshen Mortgage LLC - Admitted.
Exh. 1-6 by Kelly Bosecker - Admitted.

**RULING:**
1) Motion by Goshen For Sanctions Against Jodell Altier and Joseph Altier for Violating the Court's Civil Contempt Order and for an Order to Show Cause why Georgiann Jereczek and Kelley A. Boesecker should not be held in Civil Contempt   (Doc #206): Matter under advisement as to monetary sanctions on 4/5/2017.

2) Expedited Motion by Goshen For Civil Contempt and Sanctions Against Darrin Lavine and Kelley A. Bosecker   (Doc #221): Matter under advisement as to monetary sanctions on 4/5/2017.

3) Objection by Bosecker to Affidavit re: Attorney Fees & Costs   (Doc #240): Matter under advisement as to monetary sanctions on 4/5/2017.

Notice by Goshen of Filing Affidavit of Attorneys' Fees and Costs (Doc #238)

4) PRELIMINARY HEARING: Application for Compensation for Michael A Nardella, Trustee's Attorney, Fee: $39,331.00, Expenses:
$320.65. For the period: December 9, 2015 through February 22, 2017   (Doc #237): Order to be submitted once time has run.

Objection by Debtor to Claim 237 Michael Nardella Attorney's fees   (Doc #241): Overruled - service by Mr. Nardella. Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.