UNITED STATES BANKRUPTY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:

JODELL ALTIER

      Debtor,                                                    Case No. 6:15-bk-1838-KSJ
                                                                  Chapter 7
_____/

## MOTION TO COMPEL RETURN OF NOTE FROM CHRISTIANA TRUST

COMES NOW the Debtor, JODELL ALTIER, by and through undersigned counsel, and does hereby move the court to enter an order compelling the release of the note to JODELL ALTIER and would present the following:

1. The court has discharged the debt of the Debtor as of June 2017.

2. Prior to this, CHRISTIANA TRUST, without the knowledge of the DEBTOR or the knowledge of Purchaser of the CHRISTIANA TRUST judgement, GOSHEN MORTGAGE, LLC, CHRISTIANA TRUST moved the State 9th Circuit Court in Case No.: 2013-CA-12147 to return the note to it's possession.

3. DEBTOR contends that the return of the note gives CHRISTIANA TRUST the ability to further pursue the Debtor after the issuance of the Debtor's discharge.

4. At the last hearing, the court directed Mr. Justin Luna to obtain the note from Christiana Trust, but no motion or order has been filed in this regard.

5. Counsel emailed Mr. Luna on May 11th, 2017 and has not received a response.

WHEREFORE, Counsel for Debtor requests the court order Christiana Trust to deliver the note to Debtor's Counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by Mail and or email to the following parties: Gene T. Chambers, Trustee, P.O. Box 533987, Orlando, Florida 32801, U.S. Trustee, United States Trustee, Office of the United States Trustee, George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Justin Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, 111 N. Magnolia Avenue, Suite 1400, Orlando, Florida 32801 at jluna@lseblaw.com, Michael Nardella, Esq., Nardella & Nardella, PLLC, 250 East Colonial Drive, Suite 102, Orlando, Florida 32801 at mnardllea@nardellalw.com and Jonathan Alper, Esq., Gideon I. Alper, Esq., Alper Law, PLLC, 274 Kipling Court, Heathrow, Florida 32746 at jalper@alperlaw.com; Jennifer E. Sandman, as Trustee of the Altier Family Irrevocable Trust, 13424 Swansea Avenue, Windermere, Florida 34786; Jill A. Altier, as Trustee of the Altier Family Irrevocable Trust, 2507 Roat Drive, Orlando, Florida 32835 this 6th day of July 2017.

_s/Jonathan Bull_____
Jonathan Bull, Esquire
Attorney at Law
Fl. Bar No.:0565903
437 N. Orange Ave.,
Orlando, FL 32408
321-557-7518