[6apfor2] [TRANSMITTAL OF RECORD TO DISTRICT COURT]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| In re: | Case No. 6:15−bk−01838−KSJ |
| Jodell M Altier<br>2507 Roat Drive<br>Orlando, FL 32835 | Chapter 7<br><br>(District Court Case No. 6:18−cv−438−Orl−28) |
| _____Debtor(s)_____/ | |

## TRANSMITTAL OF RECORD TO DISTRICT COURT

This is an appeal pursuant to 28 U.S.C. §158(a) from a final order or judgment of the Bankruptcy Court entered in a contested matter in this bankruptcy case. The title of the order appealed is Order Denying Debtors Motion for Acceptance of Notice of Appeal (Document No. 314 entered by the Bankruptcy Court on March 2, 2018 . The appeal was filed on March 7, 2018 and transmitted to the District Court on 318 .

The party or parties included in the appeal to the District Court are:

APPELLANT: Jodell M. Altier

ATTORNEY: Allan Campbell

      Phone: 800−667−0359

APPELLEE: Goshen Mortgage, LLC

ATTORNEY: Justin Luna, Esq.

      Phone: 407−481−5800

ADDITIONAL PARTIES IN INTEREST INCLUDE:

Charles R. Sterbach, Esquire
Assistant United States Trustee
400 W. Washington Street, Suite 1100
Orlando, Florida 32801
(407) 648–6301

Gene Chambers, Trustee
407–872–7575

Michael A. Nardella
407–966–2680

The items included in this transmittal pursuant to Fed. R. Bankr. P. 8006 are:

1. Copy of the main bankruptcy case docket sheet.

2. Copy of the order or judgement appealed and a copy of the decision upon which it is based, if applicable.

3. Copy of the notice of appeal.

4. Designation of the record of the appellant.

5. Pleadings and other papers designated by the parties.

The debtor's county of residence is Orange County, Florida.

DATED on March 26, 2018 .

FOR THE COURT
Sheryl L. Loesch, Clerk of Court
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801