# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

Bankr. No.: 6:15-bk-01838-KSJ

Chapter 7

## Statement of Issues on Appeal

Appellant, JODELL M. ALTIER, pursuant to Federal Rule of Bankruptcy Procedure 8009(a),

hereby states the issues to be presented on appeal:

1. The bankruptcy court erred when Whether confusion of being represented or not by attorney

amounts to excusable neglect to allow time to be extended.

2. Debtor's Motion for Reconsideration of the Court's Order Dismissing Appeal as untimely and

Motion for Extension of Time to file Appeal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via Mail

or Electronic Mail to the following parties: Gene T. Chambers, Trustee, P.O. Box 533987,

Orlando, Florida 32801, U.S. Trustee, United States Trustee, Office of the United States Trustee,

George C. Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, Florida

32801, Justin Luna, Esq., Latham, Shuker, Eden & Beaudine, LLP, 111 N. Magnolia Avenue,

Suite 1400, Orlando, Florida 32801 at jluna@lseblaw.com, Michael Nardella, Esq., Nardella &

Nardella, PLLC, 250 East Colonial Drive, Suite 102, Orlando, Florida 32801 at

mnardella@nardellalaw.com this 21st day of March, 2018.

/s/Allan Campbell

Allan Campbell, Esq.
Attorney at Law
100 Colonial Center Pkwy, Suite 140
Lake Mary, Florida 32746

Office: 407-878-1552
Fax: 877-891-0397
Florida Bar No. 0854522
Attorney for Debtor
attyacampbell@aol.com